No. 730. SMAYDA ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Evander C. Smith* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Robert S. Erdahl* and *Daniel H. Benson* for the United States.

No. 731. HARRIGAN ET AL. *v.* HAMM, COMMISSIONER OF REVENUE OF ALABAMA. Sup. Ct. Ala. Certiorari denied. *Charles B. Arendall, Jr.,* and *M. Roland Nachman, Jr.,* for petitioners. *Richmond Flowers,* Attorney General of Alabama, and *Willard W. Livingston* and *Herbert I. Burson, Jr.,* Assistant Attorneys General, for respondent.

No. 737. CARROLL ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. *Sidney Gordon* for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board. *Francis Heisler* for certain real parties in interest. *Richard Ernst* for Pacific Maritime Association.

No. 738. CHERRIN CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Marvin W. Cherrin* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 739. GIBRALTOR AMUSEMENTS, LTD. *v.* WURLITZER CO. ET AL. C. A. 2d Cir. Certiorari denied. *Frances Mechta* for petitioner. *Edward R. Neaher* for Wurlitzer Co. et al., and *Joseph Jaspan* for Christ, Trustee, respondents.